UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVELERS PROPERTY
CASUALTY COMPANY OF
AMERICA, et al.,

              Plaintiffs,

    and

ATLANTIC SPECIALTY
INSURANCE COMPANY,

              Intervenor,

    v.

PRIME PACIFIC BANK, N.A., et al.,

              Defendants.

C16-1451 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The motion brought by defendants Prime Pacific Bank, N.A., PPB Sunset 100 Properties, LLC, Chuck and Jane Doe Dodd, and Megan and John Doe Reed (collectively, the "Prime Pacific Defendants") for leave to amend their answer to add counterclaims, docket no. 37, is GRANTED as follows.  The Prime Pacific Defendants shall electronically file and serve their amended answer and counterclaims within fourteen (14) days of the date of this Minute Order.  Notwithstanding Federal Rule of Civil Procedure 15, any responsive pleading or motion to dismiss shall be filed within twenty-one (21) days after service of the amended answer and counterclaims.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of March, 2017.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk

MINUTE ORDER - 1