UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, et al.,

        Plaintiffs,

  and

ATLANTIC SPECIALTY INSURANCE
COMPANY,

        Intervenor,

  v.

PRIME PACIFIC BANK, N.A., et al.,

        Defendants.

C16-1451 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion to stay this matter, docket no. 57, is GRANTED as follows:

    (a) Having represented that the claims between plaintiff Travelers Property Casualty Company of America ("Travelers") and defendant PPB Sunset 100 Properties, LLC ("PPB Sunset") are no longer at issue in this matter, *see* Joint Mot. at 2 n.1 (docket no. 57), the parties are DIRECTED to show cause by June 2, 2017, why Travelers' claims against PPB Sunset and PPB Sunset's counterclaims against Travelers should not be dismissed with prejudice;

    (b) This case is STAYED until further order of the Court; all dates and deadlines set forth in the Minute Order entered November 28, 2016, docket no. 32, are STRICKEN; and

MINUTE ORDER - 1

(c) The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after the underlying litigation in Snohomish County Superior Court has been resolved or by January 19, 2018, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of May, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2