UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurer, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a foreign insurer,<br><br>Plaintiffs,<br><br>and<br><br>ATLANTIC SPECIALTY SINSURANCE COMPANY,<br><br>Intervenor,<br><br>v.<br><br>PRIME PACIFIC BANK N.A., a Washington financial association; PPB SUNSET 100 PROPERTIES, LLC, a Washington Limited Liability Company; SUNSET 121 CONDOMINIMUM OWNERS ASSOCIATION, a Washington Non-Profit Corporation; DEAN STRONG, an individual; PETER LAYLIN, an individual; SARA LIBERTY LAYLIN, an individual; RICHARD PUGH, an individual; LORETTA SORENSEN, an individual; and MARCIA RIZZUTO, an individual; MORRIS KINNE, an individual; KATHERINE ANN KINNE, an individual, CHUCK AND JANE DOE DODD, individuals and as a marital community; MEGAN AND JOHN DOE REED, individually and as a marital community,<br><br>Defendants. | No. 2:16-cv-01451<br><br>**STIPULATION AND PARTIAL ORDER OF DISMISSAL** |

STIPULATION AND PARTIAL ORDER OF DISMISSAL – 1
SAF016-0005 170531 Stipulation and Proposed Dismissal

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

## I. STIPULATION

Plaintiffs Travelers Property Casualty company of America and The Travelers Indemnity Company of Connecticut (hereinafter collectively "Travelers"), and Defendants Prime Pacific Bank NA (now known as Bank of the Cascades) (the "Bank"), PPB Sunset 100 Properties, LLC (the "LLC"), and Chuck Dodd and Megan Reed, individually and in their capacities as officers and directors of the Bank and managers of the LLC ("Dodd and Reed"), by and through their attorneys of record, hereby Agree and Stipulate as follows:

1. Any and all extra-contractual claims asserted by the Bank, the LLC, and Dodd and Reed asserted in their Amended Answer and Counterclaims filed in this matter (Dkt. at 43) are dismissed with prejudice, and without recovery. This dismissal includes all claims for bad faith, violation of the Washington Insurance Fair Conduct Act, violation of the Washington Consumer Protection Act, claims for attorney's fees and costs, and any other claims for extra-contractual damages, including statutory attorney's fees arising from any acts or omissions on the part of Travelers occurring on or before May 11, 2017. The Bank, the LLC, and Dodd and Reed reserve the right to assert or seek to assert extra-contractual claims based on acts or omissions occurring after May 11, 2017; Travelers reserves all rights and defenses as to any extra-contractual claims based on acts or omissions occurring after May 11, 2017.

2. The dismissal by the Bank, the LLC, Dodd and Reed includes any claims for *Olympic Steamship* fees by the Bank, the LLC, or Dodd and Reed for any claims for insurance coverage for the LLC, including specifically any claims for coverage by Dodd and Reed in their capacities as Managers, officers, or directors of the LLC. This dismissal does not include claims for *Olympic Steamship* fees by the Bank, and/or Dodd and Reed, solely in their capacities as Managers, officers and directors of the Bank.

STIPULATION AND PARTIAL ORDER OF DISMISSAL – 2
SAF016-0005 170531 Stipulation and Proposed Dismissal

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

3. Pursuant to FRCP 41, Travelers voluntarily dismisses from the Complaint (Dkts. 1 and 26-1) certain Policy provisions for which Travelers has alleged that there may be an actual and justiciable controversy. The voluntary dismissal of these Policy provisions shall be without prejudice. The parties stipulate and agree that the dismissal of these Policy provisions is not a waiver on the part of Travelers to rely on these Policy provisions if evidence in the Underlying Lawsuit implicates these Policy provisions. In the event that evidence is introduced at the trial of the Underlying Lawsuit, or otherwise becomes known or available, Travelers shall have the right to amend its Complaint to reassert any or all of the dismissed Policy provisions that may be applicable. The specific Policy provisions that are the subject of this paragraph are the following:

- The "Your product" exclusion
- The "Recall" exclusion
- The "Mold" exclusion
- The "Community Bank Financial Professional Services" and the "Professional Community Bank Services" exclusions
- The "Fiduciary Property Liability" exclusion

DATED this 31th day of May, 2017.

**Counsel for Travelers Property Casualty Company of America and The Travelers Indemnity Company of Connecticut:**
By: *Thomas Lether*
Thomas Lether, WSBA #18089
*Eric J. Neal*
Eric J. Neal, WSBA #31863
Lether & Associates, PLLC
1848 Westlake Ave. N., Suite 100
Seattle, WA 98109
tlether@letherlaw.com
eneal@letherlaw.com

STIPULATION AND PARTIAL ORDER OF DISMISSAL – 3
SAF016-0005 170531 Stipulation and Proposed Dismissal

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WASHINGTON 98109
P: (206) 467-5444 F: (206) 467-5544

**Counsel for Plaintiffs Prime Pacific Bank, N.A., PPB Sunset 100 Properties, LLC, Dodd, and Reed :**
By: /s/ Dale L. Kingman
Dale L. Kingman, WSBA #07060
   /s/ Greg D. Pendleton
Greg D. Pendleton, WSBA #38361
1001 Fourth Avenue, Suite 4000
Seattle, Washington 98154
Telephone: (206) 467-6477
Facsimile:   (206) 467-6292
Email:  dkingman@gordontilden.com
Email:  gpendleton@gordontilden.com

## II.     ORDER

IT IS SO ORDERED

Dated this 1st day of June, 2017.

*Thomas S. Zilly* (signature)

Thomas S. Zilly
United States District Judge

STIPULATION AND PARTIAL ORDER OF DISMISSAL – 4
SAF016-0005 170531 Stipulation and Proposed Dismissal

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WASHINGTON  98109
P: (206) 467-5444  F: (206) 467-5544